UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ, on behalf of himself
and all others similarly situated,

                Plaintiffs,

    v.

BORNSTEIN SEAFOODS, INC.,

                Defendant.

**ORDER**

20 Civ. 10100 (ER)

RAMOS, D.J.

    On December 2, 2020, Christian Sanchez brought this action against Bornstein Seafoods, Inc. ("Defendant") for violation of the Americans with Disabilities Act and related claims.  Doc. 1.  On January 11, 2021, Defendant was served.  Doc. 5.  On March 9, the Clerk issued a certificate of default against Defendant.  Doc. 8.  Sanchez has not yet moved for default judgment.  Sanchez is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

    It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                            _____
                                            Edgardo Ramos, U.S.D.J.