UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CHRISTIAN SANCHEZ, on behalf of himself and
all others similarly situated,

                Plaintiff,

                                                      1:20-cv-10100-ER

 -against-                                      **PROPOSED DEFAULT JUDGMENT**

BORNSTEIN SEAFOODS, INC.,

                Defendant,
_____

       This action having been commenced on December 2, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on January 11, 2021, by the utilization of Class Action Research & Litigation, and a proof of service having been filed on January 26, 2021, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       **ORDERED, ADJUDGED AND DECREED:**

       a.     A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq*., and the laws of New York, is hereby granted as follows:

              A preliminary and permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the requirements set forth in the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals;

       b.     A declaration that Defendant owns, maintains and/or operates its

7