**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BORNSTEIN SEAFOODS, INC.<br><br>Defendant. | Case No. 1:20-cv-10100-ER<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         May 24, 2021

                                        Respectfully submitted,

                                        By: /s/ *Joseph H. Mizrahi*
                                        Cohen & Mizrahi LLP
                                        *Attorneys for Plaintiff*